UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HARZELL LAMONT DAVIS,**

    **Plaintiff,**

v.                                                      Case No. 5:23-cv-78-TKW/MJF

**ALISON HANEY,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11) and Plaintiff's "Petition to Reconsider Not Dismissing Case" (Doc. 12), which the Court construes as an objection to the Report and Recommendation. The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to comply with court orders, failure to comply with the local rules, and failure to pay the filing fee.

The Court did not overlook Plaintiff's claim the his failure to submit the six-month statement for his inmate account is attributable to delays at his institution. However, as the magistrate judge explained, when Plaintiff finally submitted the account statement, it was for the wrong time period. *See* Doc. 11 at 3 n.1. Moreover, Plaintiff's failure to timely submit the correct account statement was only one of

several shortcomings on which dismissal was based and Plaintiff's objection does not address any of those other shortcomings.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 31st day of July, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**